
NYC IDENTIFICATION CARD
ID NUMBER
[redacted] 0420
NAME
JAWAHAR
SIDDHARTH
DATE OF BIRTH
[redacted]1987
EXPIRATION DATE
11/02/2027
ORGAN DONOR
EYE COLOR
BROWN
HEIGHT
5'-09"
GENDER
M
ADDRESS
[redacted]
NEW YORK, NY 10007