FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 08/22/2024

Siddharth Jawahar (Jawahar), date of birth (DOB) October 12, 1983, was interviewed at the Thomas F. Eagleton U.S. Courthouse, 111 South 10th St., St. Louis, Missouri, by FBI Special Agent (SA) Craig Schneider, FBI Forensic Accountant Holly Swartz, FBI Staff Operations Specialist Amelia Shekar, and Assistant United States Attorney (AUSA) Derek Wiseman. Also present was Jawahar's attorney Talmage Newton. Prior to the interview Jawahar agreed to a proffer agreement with the United States Attorney's Office. AUSA Wiseman admonished Jawahar to tell the truth during the interview. After being advised of the identities of the interviewing parties and the nature of the interview, Jawahar provided the following information:

(Jawahar was shown a series of documents during the interview, which are attached and will be maintained as 1As.)

(In reference to an email and attachment dated July 12, 2021, titled, – Portfolio Holdings June 30, 2021.pdf, marked Exhibit 1.) The list of portfolio holdings with Jawahar was a sketch of what Jawahar intended it to be. The portfolio holdings "NAV," or net asset value, were estimates of current values, but, unfortunately, only a few of those investments were actually made. The statement was erroneous at the time it was sent, as much as it is in July 2024. The approximately $1.5 million listed as net portfolio value with Jawahar at the time was false. Jawahar now understands the gravity of listing values for assets that were not true.

The sidecar investments listed in Exhibit 1 never came into being. Jawahar did not quite make the time to break the news to that money was taken, and investments were not made. These sidecar investments were not Swiftarc investments and were never intended to be Swiftarc investments. This does not change the fact that Jawahar should not have taken those investments and should have communicated to the investments were not made.

(In reference to the agreement between SJDB Ventures LLC and for an investment in W.M. Golf Inc, marked Exhibit 2.) This was an agreement

Investigation on 07/11/2024 at St. Louis, Missouri, United States (In Person)

File # 318B-SL-3765172 Date drafted 07/18/2024

by SCHNEIDER CRAIG MICHAEL, HOLLY MARIE SWARTZ

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

between Jawahar’s company, SJDB Ventures LLC (SJDB), with the intention to be invested in W.M. Golf. Mistakes were made that should have been corrected, but were not and the investment was never made as stated in agreement. Jawahar was very embarrassed about not making the investment. Jawahar had owned the responsibility of due diligence and investment until this point. Jawahar kept trying and trying to make the investment, but it was never made. It became clear that even ), who brought the investment opportunity to Jawahar, could not move the investment forward. ) also sent $50,000 to Jawahar for an investment in W.M. Golf, which also was never made.

(In reference to an email dated May 17, 2018, titled, Re: Aqua Medical Updated 1 May 2018.pdf, marked Exhibit 3.) The investments in Aqua Medical were intended, but never came to fruition. Jawahar’s contact for this investment was Aqua Medical’s founder, ). invested with Jawahar in Swiftarc Capital and later sued Jawahar.

(In reference to an email dated May 17, 2023, titled, Re: Investment, marked Exhibit 4.) ) was a doctor in St. Louis, Missouri. Jawahar got to know socially through . Jawahar discussed the technology of Aqua Medical and investment from . believed he made an investment in Aqua Medical, but was misguided by Jawahar on the investment.

(In reference to an email dated June 7, 2023, titled, Re: The right thing…, marked Exhibit 5.) In this email chain, told Jawahar to make it right with and ). Jawahar was in a desperate situation because his house of cards was falling. Jawahar decided to meet with and come clean. Jawahar never told that Jawahar did not make the investment in Aqua Medical. All of these events happened in quick succession. Jawahar told about the issues. may have told since they knew each other. mentioned that had discussed the lack of investment with . So, it seemed like had communicated some of these issues to other investors already.

Jawahar felt very bad about the situation with . Jawahar knew needed the funds from the investment. was not in the same income bracket as other investors, like , and Jawahar really wanted to make whole, but Jawahar was unable. At the time, Jawahar was getting bombarded at the time with redemption requests, which he was unable to make.

(In reference to the agreement between Orders of Magnitude Ventures LLC

(OOM) and for an investment in the Gigafund, marked Exhibit 6.) This was Jawahar's first investment outside of Swiftarc Capital. A lot of people, including ) and ), were excited for the opportunity to invest in SpaceX through the Gigafund. Jawahar thought this would be a good opportunity to establish a good track record for him. Jawahar expected the investment in the Gigafund would balloon.

Jawahar went through the onboarding process with Gigafund with his company, OMM. OMM made a $100,000 investment in Gigafund. Jawahar was intending to take this investment and solicit the investment to other investors as a sidecar investment. Jawahar now knows that he was supposed to have the approval of the Gigafund to bring on new investors, which he never received.

(In reference to the two Gigafund 0, LP Signature Package marked Exhibit 7.) OMM only made a $100,000 investment in the Gigafund. Jawahar's partner in OMM, ), only signed the agreement for the $100,000 investment. Jawahar changed the amount on the agreement to the $1.5 million amount after it was executed because he thought it would help him solicit other investors. Jawahar was not proud of this. The change in the amount was a completely wrong way of approaching this investment allocation. At the time, Jawahar justified the change because he thought the investment would balloon.

The PFI investment listed on Exhibit 1 was being offered by JLM Investments (JLM). This investment was never made. ’s investment of $50,000 should have been returned, but it was not. Jawahar provided fraudulent information on this investment. Jawahar’s mentor, ), actually made this investment. only made these deals when it was convenient to . Jawahar fraudulently used the information for 's investment to sell the investment to .

Early on in Jawahar's relationship with , Jawahar made a misrepresentation to that he could not pull back. Jawahar told something about investing in Uber. Jawahar did in fact sit next to Uber's founder on a plane, but an investment in Uber was not discussed or executed. continued telling people that Jawahar had invested early in Uber and Jawahar just went with it. was a master of embellishments and Jawahar just went along with it. Jawahar tried to limit the falsification of the Uber investment by never saying the amount of Jawahar's Uber investment.

The two EQtainment investments listed on Exhibit 1 were never made.

EQtainment was a real company which was run by a former White House employee for George W. Bush. Jawahar learned about the company at a Chik-Fil-A Summit hosted by Michael Strahan. EQtainment was a good company, but was losing money by the day. Jawahar felt bad the investment was not made and should have disclosed this information to [redacted], but Jawahar did not.

Jawahar collected money from [redacted] for the 3Data (DataVizVR) investment on Exhibit 1. This investment was never made. Jawahar wanted to collaborate with 3Data and incubate ideas, but it did not happen.

Jawahar primarily used the funds from these fraudulent investments for personal consumption. Jawahar used the investment funds on personal consumption including private jets and fancy restaurants. Jawahar had to keep up appearances with wealthy people. This was the first time that Jawahar was in the business. Jawahar was coached erroneously on how to operate and run an investment business. Jawahar never questioned the integrity of what Jawahar was shown. Jawahar succumbed to the idea that Jawahar had to show he was also wealthy to have meetings with potential investors. Jawahar did this because of greed, any other adjective would be incorrect.

[redacted] invested $150,000 in Swiftarc Capital as listed on Exhibit 1. Jawahar represented net asset value of $300,000 as of June 2021. Jawahar fraudulently valued [redacted] investment in Swiftarc Capital to appease [redacted].

Swiftarc Capital was a hedge fund run by [redacted]) and Jawahar. [redacted] controlled the investments being made by Switarc Capital. Jawahar's role was client interaction and strategy. [redacted] and Jawahar knew each other since college and Jawahar trusted [redacted] The intention was to keep making investments in emerging opportunities in technology. [redacted] had sole, exclusive discretion on where to invest and [redacted] had suggested different things to Jawahar. Jawahar did not know the full extent of where and how [redacted] was investing the funds. [redacted] always had a positive spin on things to Jawahar.

[redacted] had a significant role in Swiftarc Capital. [redacted] was a general partner, member of the board, and invested in Swiftarc Capital. [redacted] was with [redacted] at Swiftarc Capital prior to Jawahar starting. [redacted] kept pushing for an investment in [redacted] entity, Domino's China. Jawahar and [redacted]ie did not think the investment was a good fit for the portfolio of the fund. Swiftarc Capital never invested in Domino's China.

In approximately the 2018 or 2019 timeframe Swiftarc Capital's operations started to fall apart. Swiftarc Capital started to have problems including delays in reporting and decreasing asset value.

(In reference to an email and attachment dated January 8, 2019, titled year end review letter, marked Exhibit 8.) The attachment discussed how Swiftarc Capital did not have a great 2018. At the time, Jawahar did not fully understand how the Pakistani Rupee exchange rate to the U.S. Dollar impacted Swiftarc Capital's investing. The information in the attachment discussed the impact of this foreign exchange rate on Swiftarc Capital.

In early 2019, Swiftarc Capital received a ton of redemption requests, including from a group of doctors in Phoenix (Phoenix Group). Whenever the redemption requests became delinquent, Swiftarc Capital had an obligation to report the delinquent redemption requests. The Phoenix Group ended up suing Swiftarc Capital. This litigation was the first time the delinquent redemption requests became a bigger issue. Swiftarc Capital temporarily concealed the delinquent redemption requests and pending litigation to complete more deals and eventually make the investors whole.

was a master of what was going on with Swiftarc Capital's investments. worked at one of the most sophisticated investment firms in the country. worked at a company that allocated billions of dollars in investments, so Jawahar thought knew what he was doing. Jawahar could provide examples of assuring him of funds being correctly allocated.

Swiftarc Capital's largest investment was in Phillip Morris Pakistan (PMPK). Swiftarc Capital's investment in PMPK grew over the years until it was the majority of Swiftarc Capital's portfolio. Jawahar and had some back and forth about the price of PMPK. always told Jawahar that he had a buyer and was going to be in Pakistan making deal, which comforted Jawahar at the time. Jawahar was no dummy, but even he fell for that.

Around approximately March 2019, told Jawahar about price fluctuations with PMPK. said these fluctuations happened with other tobacco companies previously invested. Jawahar did not recall a specific conversation with about investing additional funds in PMPK or trying to impact PMPK's share price around this time.

PMPK was a thinly traded stock. In hindsight, Jawahar realized the trades made for Swiftarc Capital in PMPK were inflating the share price of PMPK. What did with Swiftarc Capital's investments in PMPK and the

impact on PMPK's valuation on Bloomberg constituted insider trading. Jawahar recalled clearly having a conversation with [redacted] questioning how it was okay that they would be the only buyers of the shares and that clearly, they would be driving up the price.

In approximately July 2019, [redacted] left Swiftarc Capital. After [redacted] left, Jawahar started to communicate with [redacted]) about the PMPK investment. [redacted] was [redacted]'s main contact for the PMPK investment. [redacted] worked at AKD Securities in Pakistan. Jawahar primarily communicated with [redacted] via WhatsApp. [redacted] gave Jawahar the lay of the land and attempted to help sell Swiftarc Capital's PMPK interest, but that never came to fruition. [redacted] told Jawahar not to deal with [redacted]. [redacted] told Jawahar about how [redacted] warned [redacted] about impacting PMPK's price with Swiftarc Capital's trades.

Jawahar discussed with [redacted] how [redacted] was impacting PMPK's price, which constituted insider trading. [redacted] told Jawahar not to prosecute [redacted]. The law firm Traverse Legal was handling the PMPK transactions. Jawahar signed an indemnity clause and questioned it because it looked like criminal activity.

When [redacted] sent Jawahar his resignation email, Jawahar panicked. Jawahar thought they were in this together. Jawahar's impression was [redacted] controlled all back-office operations with exclusive control over everything involving investments. Jawahar also panicked because he did not know how he would run the company without [redacted] there.

[redacted] agreed to stay on as a consultant at Swiftarc Capital for a short time after his resignation. [redacted] wanted Swiftarc Capital to pay a consultant fee to [redacted]. It is very clear today that [redacted] claimed he was consulting and handling things that he obviously never did. Jawahar was left with emails and requests, which Jawahar did not know how to handle.

Jawahar later found out that [redacted] had a separate fund, like a slush fund, and was stealing money from Swiftarc Capital. [redacted] stole between $200,000 and $300,000 of Swiftarc Capital's investment money. [redacted] used the funds for activities related to [redacted]'s new fund which focused on gaming investments in Asia.

Swiftarc Capital's operational expenses were in excess of the management fee disclosed to investors. In the beginning, meetings were held in good faith with investors regarding these expenses. Later, [redacted] was doing all kinds of things and Jawahar did not know what he was doing.

Jawahar hoped [redacted] would be able to take over for

[redacted]. Neither [redacted] nor Jawahar really knew how to correct the issue casued by [redacted]. [redacted] completely parachuted out of Swiftarc Capital and Jawahar was desperate to save the company.

(In reference to an email and attachment dated July 11, 2019, titled Re: Mgmt fee wires, marked Exhibit 9.) [redacted] was General Counsel. [redacted] was Swiftarc Capital's fund administrator. Jawahar and [redacted] had a number of calls with [redacted] discussing satisfying delinquent redemption requests. [redacted] resigned shortly after this email in July 2019. [redacted] did not want to be in the middle of the issues related to the delinquent redemption requests.

TresVista was hired to replace [redacted] as Swiftarc Capital's fund administrator. TresVista was mostly in India, with some operations in the United States. Swiftarc Capital did not have guidelines on how to set prices for Phillip Morris Pakistan's (PMPK) shares.

(In reference to an email and attachments dated January 30, 2019, titled RE: Swiftarc - December Reporting, marked Exhibit 10.) Jawahar did not remember changing the pricing protocol discussed in the email and attachments. Jawahar believed [redacted] wrote the trading protocol because the protocol did not look like how Jawahar would write. Clearly Swiftarc Capital violated these protocols.

(In reference to an email and attachments dated September 10, 2019, titled Fwd: Re: Swiftarc Capital August Utilization Report, marked Exhibit 11.) These emails discussed setting a price for Swiftarc Capital's shares in PMPK, which was different than the market price. Jawahar was unsure if [redacted] was involved in the emails to TresVista. After reviewing an email dated September 10, 2019 from [redacted], marked Exhibit 12, Jawahar stated, "oh, so he was still involved at that time." [redacted] wanted to set a threshold for the price for PMPK until a trade volume of 3,500 shares had been reached in a month. [redacted] asked to be Bcc'd on emails while he was transitioning out.

[redacted] frequently provided Jawahar with a fraudulent basis for PMPK. Jawahar did not question it at the time. Only when legal issues started to arise Jawahar started to question [redacted] and became upset with [redacted]. Jawahar believed what [redacted] was telling him because Jawahar really did not want Swiftarc Capital to fail. Jawahar did not want the shame or embarrassment of a failed fund. [redacted] was a master manipulator. Jawahar recognizes that what [redacted] did to him is the same kind of thing Jawahar did to investors.

After resigned, Jawahar did not recall if they had discussions together about the fraudulent pricing structure. There were probably texting conversations Jawahar had with that showed Jawahar's desperation about this matter.

(In reference to an email and attachments dated September 3, 2019, titled Re: good afternoon, marked Exhibit 13.) In this email chain, and were asking Jawahar about their Swiftarc Capital investment. This information about 's investment in Swiftarc Capital misrepresented the true return of 's investment. Jawahar sent the statement which showed 's return of approximately 7% in August and 18% for the year. The day before TresVista sent Jawahar a statement which showed had a return of approximately -21%, as shown to Jawahar in Exhibit 14.

Jawahar was not sure why Jawahar responded the way he did to about the investment. It barely covered the truth. The attachment in Exhibit 13 was made by Jawahar and not Swiftarc Capital's fund administrator. did not have any input in the attachment. Jawahar made plenty of misrepresentations to , but Jawahar truly thought Swiftarc Capital would get through this time and things would improve. 's opinion of Jawahar was important to Jawahar, which was why Jawahar told things were "rosy." Jawahar was clearly trying to construct a rosy picture with investors, which was wrong and he regrets it.

In early 2020, Jawahar solicited additional investments in Swiftarc Capital from ) and ). Jawahar did not disclose the outstanding redemption requests prior to and being onboarded, but Jawahar should have. It was Jawahar's hope to use the funds from and to pay other redemption requests, but some of it was used for personal consumption. knew some of these funds were being used for redemption request. was trying to help Jawahar stave off some litigation.

investment was different from other previous investors. worked with Jawahar on entire investment. The investment went into the overarching Swiftarc LLC, not Swiftarc Capital so the funds could be used for other things. Jawahar never spoke directly with regarding the investment. Jawahar only spoke with regarding the investment on behalf of . The social outings between Jawahar and were usually at football games. was sometimes there. On one occasion, Jawahar took on a private jet from Kansas City to the Indy 500. was not part of this private plane trip. By that time, Jawahar had normalized spending time with these notable people. It was more exciting for others who worked for Jawahar, such as ).

In approximately June 2022, the Texas State Securities Board (TSSB) filed a disciplinary order against Swiftarc Capital and Jawahar. This action was the beginning of the end. Jawahar agreed to the order as a desperate attempt to wind down Swiftarc Capital.

At the time of the TSSB order, Jawahar was operating a new venture capital company, Swiftarc Ventures. After speaking with and Jawahar’s attorney, Jawahar understood he could continue to operate Swiftarc Ventures even though the order required Jawahar to cease operations in Texas. Swiftarc Ventures barely operated in Texas at this point.

Jawahar was embarrassed by the TSSB order. Jawahar made an effort to disguise the order. However, hindsight is 20/20 and Jawahar knows now he should have owned this TSSB order. It was such a difficult time that Jawahar started seeing a psychiatrist in Ohio. The whole situation was becoming a black hole for Jawahar.

One of Swiftarc Ventures’ employee, ), told Jawahar to deny everything discussed in the TSSB order. and Jawahar would get together to assess how to proceed once the news broke on the TSSB order. Jawahar decided to be reactionary, not forthright about the TSSB order. Jawahar now fully understood that he and his team at Swiftarc Ventures undermined investors’ trust and mismanaged the TSSB order.

Jawahar and put together the team for Swiftarc Ventures. was supposed to receive approximately 1/3 of the profits without any capital contributions, which was unheard of. was brought in as the President of Swiftarc Ventures. had experience at Proctor and Gamble, and Revlon. Jawahar brought in others, including ), , and . came to Jawahar unexpectedly and promised to deliver high-paid athletes to him and other promises which did not really come to fruition.

Swiftarc Ventures from its start was unsustainable based on its model, notwithstanding the capital issue at Swiftarc Ventures. Swiftarc Ventures got into a bad habit of overspending and once that happened, it was very difficult to claw that overspending back. This included large events such as a Knicks vs. Lakers, NBA game. Swiftarc Ventures was forever paying for past extravagant business expenses that they could never really pay for.

Jawahar fully drank the Kool-Aid when it came to how Swiftarc Ventures had to present themselves to investors. New investors were coming in with a false impression of extravagance. Jawahar attempted to secure investments for Swiftarc Ventures, but not have the ability to fund these investments

given the capital issue.

Jawahar fully funded all the expenses and meetings for Swiftarc Ventures, with Jawahar's funds rapidly dwindling. Jawahar started to use intercompany loans to move funds between the different entities to pay for the expenses. These intercompany loans were never disclosed to investors. , , and others knew about the intercompany loans. Swiftarc Ventures thought the business would reach a critical mass at some point and they would be able to satisfy these intercompany loans, but then it just became unmanageable.

There was a general consensus that Swiftarc Ventures' method of intercompany loans was not sustainable. Swiftarc Ventures understood the risks and discussed it greatly. Jawahar and were both were aware of this. Jawahar thought Jawahar was trying to do the right thing, but Jawahar was, in fact, self-dealing at times. Jawahar also misrepresented some things to because he did not want to lose .

and Jawahar had actual conversations regarding the potential legal issues with using limited partner (LP) investor funds for intercompany loans. and Jawahar had discussions with ) in which they said that general partner (GP) money would be put toward LP loans. Swiftarc Ventures' intercompany loan activity continued into 2022. There was no elegant way to shut it down, so they continued down that path.

Jawahar was, at times, directing to make some of the intercompany loans. Other times just made the transfers. had started putting together a ledger with bank transactions to help track the transfers, which Jawahar had never done. Jawahar thought Swiftarc Ventures could account for intercompany loans by using A to pay B.

had access to Swiftarc Ventures' bank accounts and would transfer funds for the intercompany loans. would send emails to Jawahar disclosing any transfers. had the existing PNC relationship. opened accounts at PNC for Swiftarc Ventures on his own. This did not require direction from Jawahar because it was part of 's role as president. Subsequently, did put Jawahar on the paperwork and emails because was signing off on some transfers.

Jawahar and pitched investors almost always together. When Jawahar and were not together, they would immediately follow up with each other. was there with on investor pitches too. It's clear to Jawahar that did what did with some good intention. It was probably in 's own self-interest, and he was part of the blanket

fraud. The intention was not for this to look like a Ponzi scheme.

Swiftarc Capital started to have issues with employees, including . and became very contentious, not just because of 's supposed whistleblowing, but because of a pay matter. For whatever it is worth, claims he was whistleblowing, but all the while, was demanding a very high pay increase. This was why was upset with . It probably irks to no end that was not indicted.

was made aware of the TSSB investigation before the order came out through . When the ruling came out, all of a sudden claimed he had no knowledge of the TSSB investigation. was extraordinarily involved. It was very surprising that took such an adversarial position with Swiftarc Ventures. Jawahar found it interesting that so many people involved in this have suddenly absconded from responsibility.

In late 2022 and early 2023, negotiations were on-going to break apart the different funds under Swiftarc Ventures. Jawahar hired a law firm to explore what the next path could be with the Beauty Fund. Newton represented some investors, including It was decided the Beauty Fund would go under Relevance Ventures, controlled by and some of the investors. The Beauty Fund transaction was the worst of the transactions. The Telehealth and Labs Funds would stay with Swiftarc Ventures under Jawahar and .

In the summer of 2023, left Swiftarc Ventures. When left, Swiftarc Ventures owed approximately $80,000 to $90,000. This amount included some Swiftarc Ventures' expenses on 's personal credit card. did this on his own volition. also invested in ESP with Jawahar.

There was a lot more to what did and did not do that Jawahar could discuss. Inadvertently, played a role in some of the misguiding of the investors. advised Jawahar they should just wind down the position in PMPK. , by nature of his role, was complicit in the fraud, but he also probably thought the intercompany loans were the norm of the company and did not know otherwise.

Jawahar was very fond of the telehealth venture and wanted to keep exploring management of it. Jawahar had discussions with other people to continue seeking telehealth opportunities. So, Jawahar formed a company called Luminescent to house this activity. In the fall of 2023, there was a particular opportunity for investment called Assure Health, which did not

work out for Luminescent, which is good because it would have ended up being the downfall for the company. They did not take any new investors in Luminescent, just and . brought them the Assure Health opportunity.

After Jawahar's arrest in January 2024, Jawahar made some panic-ridden calls. Jawahar told his sister to wipe his iPhone in Hindi. Jawahar was afraid the iPhone would fall into the wrong hands. Jawahar was unsure if his sister wiped the phone or not. This was part of Jawahar's misguided effort to try and hide his culpability. In addition, Jawahar wanted to clean the iPhone because his sister had expressed to Jawahar that his girlfriend, , had seen some texts with other women.

In other calls after the arrest, Jawahar suggested he had assets to pay for legal fees. These were lies to save face and help secure funding. Jawahar had some legacy investments. Order of Magnitude made five or six investments, including investments in SpaceX, Outdoor Voices, and Multicoin, a cryptocurrency fund. The investment in SpaceX was allegedly worth $1 million to $2 million. Jawahar also invested approximately $25,000 in Fresa's Chicken in Austin, Texas. No other investments made by Jawahar had value. Jawahar did not have any active stock or bond portfolios. Jawahar had an Apple savings account and credit card.

When Jawahar first read the enormity of the approximately $35 million loss amount listed in the indictment, Jawahar thought it was a typo. No one entity controlled by Jawahar raised $35 million, so Jawahar wanted to do the math. Jawahar had not yet self-identified that he had led a Ponzi scheme, which took some self-recognition and time to realize this. With some introspection, Jawahar was able to come to agreement with the loss amount. Jawahar was able to better accept in terms of responsibility of the loss amount and scheme, with Jawahar at the center, but some of that amount and responsibility should be distributed more among other players. The number might have been summarized due to investments and assets, so he can understand now how the indictment amount might have been reached.

Jawahar did not want to obstruct anything and Jawahar apologized for any of the words he used while talking to others about his indictment. Jawahar now assumes responsibility and will not make the mistake of mischaracterizing it as such again.

Jawahar believed if justice was done, should also be at the center of this case. Jawahar believed the FBI should talk to ( ) related to a deal with . When was organizing the Dash/Domino IPO, there were a few names that he put forth that might be

relevant.

(Agent note: After the interview, Jawahar consented to a search of his iPhone. SA Schneider went over the attached consent to search form with Jawahar and his attorney. Jawahar executed the consent to search form. The consent to search form will be maintained as a 1A.)