*United States v. Siddharth Jawahar*

No. 4:23-CR-00718-ZMB

# Exhibit E

## Sentencing Letters

**Alex Morales**
alexander.j.morales@gmail.com
(832) 646-2592

June 17, 2026

To the Honorable Judge,

I am writing in support of Siddharth ("Sid") Jawahar, whom I had the privilege of knowing during our time together at The University of Texas at Austin.

Sid and I studied business together and served as co-leaders of the University Investors Association, a student organization dedicated to helping students learn about saving, investing, and financial responsibility. Through that experience, I spent a significant amount of time with Sid and came to know him well.

From the moment I met him, Sid struck me as one of the brightest individuals I had ever encountered. His intelligence was undeniable, but what impressed me even more was the way he used it. He consistently sought to help those around him, generously sharing his knowledge and encouraging others to grow. He was always willing to go above and beyond and embodied a "first in, last out" work ethic that inspired everyone around him.

During Sid's first year helping lead the University Investors Association, our organization was recognized as a finalist for the University's Most Improved Student Organization award. He also helped turn ideas that many of us had only dreamed about into reality, spearheading new initiatives such as bringing in exceptional guest speakers and launching the organization's first golf tournament. His leadership style was thoughtful, collaborative, and always centered on what was best for the organization and its members rather than for himself.

Sid had a meaningful impact on my own development as both a student and a person. He challenged me to think more critically, encouraged me to become a better leader, and approached every conversation with humility and respect. Those qualities made him an exceptional partner in leading our organization and someone I deeply respected.

Throughout my interactions with Sid, I knew him to be a gentleman and a scholar. He treated people with kindness, integrity, and genuine respect, regardless of their background or experience. His character consistently reflected someone who cared deeply about others and genuinely wanted to make a positive impact on the lives of those around him. He led by

example, invested in the success of others, and consistently left every organization he was part of stronger than he found it.

While I cannot speak to the circumstances surrounding this case, I can speak confidently to the character I observed during the years I knew Sid. Based on my firsthand experiences, I believe he possesses the intelligence, compassion, integrity, and work ethic to make meaningful contributions to his community and to those fortunate enough to know him.

Thank you for your time and consideration of my perspective.

Respectfully,



Alex Morales
Chief Operating Officer
JobTread Software

**Alex Morales**
alexander.j.morales@gmail.com
(832) 646-2592

June 3, 2026

**The Honorable Zachary M. Bluestone**
United States District Judge
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102
**RE: USA v. Jawahar, Case No. 1:24-mj-02041**

Your Honor,

I am writing to share my personal perspective on the character of my fiancé, Sid Jawahar, and on the future we hope to build together. I recognize the seriousness of the proceedings before this Court, and it is for that reason that I feel compelled to express not only my commitment to Sid, but also the values of integrity, service, and responsibility that define my family and the home I intend to create with him.

My family's identity has been shaped by service to this country and to the advancement of human health. My father honorably retired from the U.S. Coast Guard and is laid to rest at Arlington National Cemetery. My mother, Ann P. Kehoe, also served in the Coast Guard and is a disabled veteran. My maternal grandfather, James E. Kehoe, served in the U.S. Army during World War II before a distinguished career as an attorney and Fellow of the American College of Trial Lawyers. On my father's side, my grandfather Dr. John B. Tredway, was a world-renowned cardiologist who served as President of the American College of Cardiology in 1978, the highest leadership position in global cardiovascular medicine. He established the open-heart surgery program at UPMC Hamot, a hospital located in Erie, Pennsylvania, where the Tredway Cardiac Care Center now stands in his honor.

My siblings have continued this legacy of public service. My brother, John, has served for more than 18 years as an FAA Air Traffic Control Specialist at Cleveland Center, one of the nation's busiest airspaces. My younger sister, Mary, works in community development at Drexel University. My late twin sister, Colleen, devoted 16 years to her commendable career at The Pew Charitable Trusts. In my family, service, responsibility, and commitment to the public good are not abstract ideals; they are principles that have guided our lives for generations.

During my twin sister's twelve-year battle with brain cancer, my family tried to transform our grief into purpose. Together we supported, participated in, and hosted fundraising events for organizations dedicated to life-saving research, including the National Institutes of Health, the Johns Hopkins Brain Cancer Research Center, Washington D.C.'s Race for the Cure, and Cleveland Clinic's Velosano. These efforts were expressions of love, resilience, and a belief that even in hardship, one can choose to serve others.

Sid shares this same commitment to public service and community improvement. It is one of the many reasons I love him. We are united by the belief that a meaningful life is one lived with purpose, compassion, and responsibility.

I have carried my family values into my own professional life in Cleveland, Ohio, where I work in Logistics at Flexjet, a private jet company, at the Global Command Center. As a homeowner, I have created a stable and structured environment where I hope Sid, my niece Frances, and I can finally live together as a family. I hold the legal system in the highest regard and am fully prepared to assist Sid in navigating his legal status and ensuring complete compliance with any court ordered supervision. Given my family's long history in law, medicine, and government service, I take this responsibility with the utmost seriousness.

Following my twin sister, Colleen's, recent passing in October 2025, I have been engaged in legal proceedings to gain custody of her daughter, Frances, to fulfill her wish that I raise her in a stable and loving home. Sid has already formed a gentle and joyful bond with her. Their playful conversations bring her comfort during a time of profound loss. As I work to honor my sister's memory and provide Frances with the "forever home" she deserves, I know that Sid's presence as a partner and co-caregiver would offer her an enormous amount of stability, warmth, and emotional support.

Sid is a man of character, compassion, and potential. He is deeply loved, and he is deeply needed. The life we hope to build together is grounded in service, family, and responsibility, values that have defined my family for generations, and that Sid embraces wholeheartedly. I respectfully ask that Your Honor consider my professional standing, my family's long history of service, and the urgent needs of my young niece when making your determination.

Thank you for your time and consideration.

Sincerely,

Caroline E. Tredway

Caroline Emmet Tredway

1616 Olivewood Avenue
Lakewood, OH 44107
(814) 860-0326

**The Honorable Zachary M. Bluestone**
**United States District Judge**

**Re: Sentencing of Siddharth Jawahar**

Dear Judge Bluestone,

My name is Daniel Koch, and I have known Siddharth "Sid" Jawahar for more than twenty years. I graduated with honors from The University of Texas at Austin with a degree in finance. I started my career at a large global investment bank and today work as an investor at a multi-billion-dollar investment firm that has been in business for four decades. I mention that only because I want the Court to know that I have spent my professional life evaluating people, judgment, and character, and I do not write this letter lightly.

I met Sid in the fall of 2005 at UT through the University Investors Association, or "UIA," which was a student organization focused on investing and capital markets. We both became deeply involved in the organization. Sid was elected President, and I was elected Treasurer. We worked closely together and were responsible for managing the organization's operations and finances. Under Sid's leadership, the UIA grew to the largest business-related organization at UT. What started as a friendship through a student organization quickly became a genuine personal friendship that has lasted more than two decades.

One thing that always stood out about Sid was how much energy he put into helping other people. I remember during our time at UT, Sid organized a fundraising partnership between UIA and another student organization called Face AIDS. The entire event was driven by him from idea to successful fundraise. He came up with the idea, rallied UIA members around it, and used the size and reach of our organization to raise money and awareness for people affected by AIDS. While I do not remember exactly how much was raised, I do vividly remember members of Face AIDS coming to one of our UIA meetings afterward to thank us. It was emotional. Even back then as a young college student, Sid had a way of using leadership not for himself, but to help other people.

What impacted me personally more than anything, though, was the way Sid mentored me and so many others. I grew up in a middle-class single-parent household and came to college with almost no understanding of the finance world. I did not know what investment banking was, what hedge funds were, or how any of the "high finance" world worked. The "high finance" jobs were highly sought after by UT graduates and extremely competitive to land. At one point, a career advisor at UT told me I should pursue a different path because I was not a strong candidate for investment banking. Sid never believed that for one second. Unlike the "professional" career advisor employed by UT, Sid never doubted my ability to compete for one of these coveted jobs.

He spent countless hours helping me prepare for interviews, teaching me about finance, and pushing me to believe in myself when I did not fully believe in myself yet. I can say without exaggeration that Sid played a major role in launching my career. More than fifteen years later, I have built a life and career beyond anything I imagined for myself, and my family's life is better because of the guidance Sid gave me when we were college students as well as a few years into our careers. I also know my experience was far from unique. Sid mentored so many students at UT and helped inspire a generation of young people to pursue careers in finance and investing. A huge number of former UIA members have gone on to build successful careers (several of which are in roles managing money on behalf of public employee pensions), and Sid had a real hand in that.

Another thing I will never forget is the way Sid treated people. My brother-in-law Aaron has Asperger's and has always struggled socially. Many people are uncomfortable around someone who has difficulty connecting socially, but Sid has always been the exact opposite. Whenever they were together, Sid would go out of his way to talk with Aaron and genuinely get to know him. They would have long, thoughtful conversations, and over time Sid became a true friend to him. What stood out to me was that it never felt forced or performative. That was just who Sid was. He had an ability to connect with almost anyone and make people feel seen and valued.

Honestly, that extended to everyone around him. I cannot tell you how many times I watched Sid strike up conversations with waiters, bartenders, drivers, or service workers and learn their names and stories. He never acted like he was above anyone. He treated people with warmth and respect no matter who they were. I cannot think of anyone more deserving of the idiom "he never knew a stranger."

When I first heard about this case, I was stunned. Truly stunned. Given my background in investing and finance, I understand that investing involves risk and that things do not always go according to plan. But more than anything, the allegations just felt impossible to reconcile with the person I had known for twenty years. In addition, a person I had worked with to manage a bank account (as UIA leadership) and to evaluate investment opportunities with.

Today, June 14, 2026, I spoke with Sid for the first time since his arrest during a video call from jail. Seeing one of my closest longtime friends after more than two years behind bars was incredibly difficult and emotional for me. The Sid I always knew was optimistic, energetic, positive, and constantly smiling. During our conversation, he expressed deep remorse for what had happened. He also told me about the work he has been doing while incarcerated — helping inmates get their GEDs, mentoring younger inmates who came from difficult backgrounds, and even speaking to a Fordham criminal justice class over Zoom.

Hearing that honestly did not surprise me at all. Even in jail, Sid is still trying to help people around him. That is who he has always been and who he will continue to be.

I truly believe this experience has changed him forever. Frankly, I think even a short period of incarceration would have been a profound shock for someone like Sid, let alone more than two years. After speaking with him today, I have no doubt that he feels genuine remorse and that he will never repeat this kind of conduct again.

If there is one thing I hope the Court understands about Sid, it is this: he has had a positive impact on an enormous number of people over the course of his life. I have personally watched him encourage people, mentor people, help people, and make people feel valued for over twenty years. I have seen the effect he had on students at UT, on my own family members, and on countless others whose lives crossed his path.

I often judge a person's character with a very simple test. I ask myself whether I would trust that person to care for my three young children or my elderly mother if I ever called on them to help in my absence. Without hesitation, Sid passes that test for me.

Thank you for your time and consideration. I can be reached for further discussion at dkoch@utexas.edu.

Respectfully,

Daniel Koch

PS – below is a picture of Sid with my first born, Andi as well as a picture of Sid with my wife and I at our wedding.





20/06/2026

The Honourable Zachary M. Bluestone
United States District Judge
Eastern District of Missouri

Dear Judge Bluestone,

I was born in 1988 and grew up in New Delhi, India, where I work with my father in our family jewellery business. I am writing to share what I know of Siddharth Jawahar from the years I knew him well.

I met Siddharth at St. Columba's School in New Delhi when we were both around thirteen. Our friendship began over something small. Each day we would trade sweets. I would bring one from the local shop, and he would bring one that he had picked up on his travels with his family. His wanting to share his experiences with others is something I still remember.

As we grew up, like a lot of teenagers, I was tempted at times to go astray. Drinking, drugs, the things that felt like a gate pass into the "cool" crowd. Siddharth kept clear of all of it and urged me to do the same. I didn't always listen. One day I had gone to hang out with friends who were into that scene, and almost immediately I realised I had made a mistake. I panicked and texted him to ask if he could come get me. Within thirty minutes he was there. We made an excuse about being late for tuition and got out without my losing face. He didn't have to do that, but that was who he was, the friend who showed up. His steadiness helped me find my footing, and I stayed clear of those habits because of it.

There was a boy in our class who was singled out and bullied for not fitting in. Boys in an all-boys school can be cruel at that age. Most of us kept our distance, not wanting the same treatment turned on us. Siddharth was one of the very few who didn't. He looked out for him, sat with him, treated him decently when it would have been easier not to. It stayed with me because it took a kind of quiet courage, and he never made anything of it.

I saw the same thing in him on our school debating team. We were once left in a tight spot when a team member failed to show up. Siddharth had no obligation to step in, but he took on the extra burden himself so the rest of us would not be left stranded. He was not someone who shied away from responsibility or hard work. When the team needed him, he was there.

I spent many afternoons at his home after school with him and his parents, whom he cared for deeply. He was especially gentle with his elderly grandmother, treating her with real tenderness. He valued his family, and I sincerely hope he gets the chance to be there for his parents again.

Siddharth always remembered my birthday, calling or sending a message every year. It was a small thing, but it told me he still cared. I cannot speak of his life in America or to the events that bring him before Your Honour. I can only speak of the friend I knew growing up.

That friend was gentle and caring, someone who looked out for the people around him. It has been hard to reconcile that friend with the case before you, and I do not condone or excuse what has happened. I hope that, in time, he will be able to turn his own story into a cautionary one.

A warning he could share with young people, in India and elsewhere, about the choices that led him here. From what I knew of him, I believe he would do his utmost to make things right. I wanted to offer the court this side of him, which Your Honour might not otherwise see.

Respectfully,

Divij Roopchand

The Honorable Zachary M. Bluestone
United States, District Judge

Dear Judge Bluestone,

My name is Marissa Fraering and I am here writing and support of Siddharth Sid Jawahar. I moved to Los Angeles at seventeen and it has been my home for the last 24 years. I am an active member in my community and have volunteered with The House of Ruth shelter, supporting victims of domestic violence for over 15 years.

I have known Sid since January 2021 and over the past five years. I've had the opportunity to know him closely through a personal friendship during that time we have spent countless hours talking about life, family, goals, challenges, and responsibilities we each carry I'm writing because I believe it is important that the court have a complete understanding of the character of the man I've come to know.

Sid and I initially connected on a personal level and although our friendship was never professional. I've consistently been struck by the depth of his character and the sincerity with which he approaches people. He always made a genuine effort, not only to get to know me, but to also understand the people and relationships that were important in my life. He has always demonstrated a high level of curiosity about others, I believe because he genuinely cares about people, their goals, well-being, and success.

Throughout our friendship, I have witnessed Sid's generosity repeatedly. He is the type of person people naturally turn to when they need advice support or help navigating a difficult situation no matter what challenge I was facing personally he always made me feel comfortable discussing it and with thoughtfully work through possible solutions. He has an extraordinary ability to make people feel heard, valued and supported.

One example of that that stands out to me occurred recently during a significant transition in my life as I prepared to relocate to Miami Sid focus was not on himself, but on how he might be helpful, he asked thoughtful questions about my career plans offered suggestions regarding companies and professional opportunities volunteered to make introductions where he could and even explored ways he might assist with housing with struck me. Most was that these conversations occurred while he himself was facing tremendous uncertainty,

despite his own circumstances, his instinct remained the same as it always has been to find ways to help someone else.

I've also always admire Sid's commitment to his family and community. He has often spoken about the importance of making a positive difference in the lives of others and contributing meaningfully wherever he finds himself that desire was never limited to a particular city, professional or circumstance rather it reflects a core part of who he is.

What has impressed me most recently is learning how he has chosen to spend his time while incarcerated he shared with me that he became qualified to help administer GED program programs to fellow inmates when I heard that I was not surprised I was in it was entirely consistent with the person I've known for years in any environment. Sid seeks ways to contribute support others and leave things better than he found them. The fact that he has chosen to invest his time helping others pursue education and improve their future, speaks volumes about his character.

I understand the seriousness of the matter before the court at the same time I respectfully asked that the court consider the entire entirety of Sid's character and the person he has consistently shown himself to be the man I know is generous, compassionate, thoughtful, and deeply committed to helping others he is someone who adds value to the lives of those around him, and who continues to seek ways to contribute positively even under extra extraordinarily difficult circumstances.

Thank you for your time consideration and service.

Respectfully submitted,

Marissa Fraering



MOHITA DATTA

CAREER COMMUNICATION COACH

J-73 Kalkaji
New Delhi
Delhi 110019
Mobile: +91-9350813840

22 June, 2026

To,

**The Honorable Zachary M. Bluestone, U.S. District Judge, Missouri**

**Re: Sentencing of Siddharth ("Sid") Jawahar**

I have known Sid from the day he was born as I visited his mother Vinita, my school pal, when she came home with him, the second-born, in her arms. Going back more than three decades, I remember Sid being welcomed in this world with much love and celebration by family and friends.

A bit about me. I am a well-respected coach in the Leadership Development corporate circle, & am based out of Delhi. I have built my career over the years with qualification, experience, and passion. Over the last decade I have mentored 5000+ corporate professionals with Soft Skills, and have managed to carve out a niche for myself. There's a book also to my credit, "15 Mantras for Effective Communication" with a foreword from Prof Paul A. Argenti, Tuck School of Business, as he endorsed my Corporate Communication Skills. Prof Argenti has been generous in his praise as I had the opportunity to work with him on a book-project of his, based out of India.

Vinita, Sid's Mother to reiterate, and I go back more than 50 years when we met as school mates at Sophia

School, Meerut, India. Our friendship strengthened all through the growing years with us visiting each-other's homes, and spending happy hours together. Post-schooling I went to LSR College, New Delhi to pursue my under-grad in Economic Honors, and then further added PGD in Mass Communication from Sophia College, Mumbai. And followed it up with work. Marriage happened too.

Being best of friends with Vinita it naturally progressed to family friendship, post marriage, and spending quality time with each other's spouses and children. I always looked at Sid as an extended family-child and through his growing years he was an ebullient boy, extrovert, full of plans and ever-ready to offer solutions to any problem big or small. More than nerdy he was engaged in school engagements and activities. Full of pep, and extremely courteous is how I'd describe him. Paying attention to everyone, being hospitable, spending time with guests on all social occasions. One looked forward to spending time with this chirpy boy. After going to the US for studies and then work, Sid would typically visit in December, Christmas break, and one got to meet him over occasions and celebrations. He retained his verve for life, and had become knowledgeable on world views, and corporate systems.

Sid would also help in Rotary Club community events where his father Sanjeev Jawahar held important posts. Knowing his parents as upstanding pillars of ethics in community service we expected nothing less.

Sid belongs to a family who prides themselves as community-service people, doing business with transparency and ethics and are well-loved by a huge circle of friends, family, associates.

I do believe in the well-known adage, 'It takes a village to raise a child', I deeply believe that Sid has deep-set values of being an ethical good human being and that he would return to his default settings when given another chance.

Best,

Mohita D. 22 June'2026

Mohita Datta

Mohita.datta@gmail.com

J-73 Kalkaji

New Delhi 110019

India

Merry feet
Line Dance

The Honorable Zachary M
Bluestone, US District,
Judge

20th June, 2026

I, Monica Bhasin, introduce myself as the Line Dance Ambassador India, to the Line Dance Foundation, UK.

Managing a Non-Banking finance company, by the family name, Bhasin Credit Aid,, recognised and rated AAA by the Reserve Bank of India, microfinance skill development by training urban slum women while developing micro finance initiatives in their colonies, Theatre, conceptualizing, preparing and executing fund raisers and now teaching Linedance are part of my professional journey.

It is a relief to be able to talk about Siddharth Jawahar and tell you how helpless we have felt about what has happened.

I, with my husband and children, have traveled with this young boy, been to his home for multiple occasions, in fact every milestone celebration and otherwise, have had him and his family over as friends, almost family, and invited the children for day and night spends. What has always stood out for me is his caring and loving nature.

Even as a child just stepping into teenage, he was ready to lend a hand when I was tired climbing iced slopes of Lucerne,

One incident in particular stands out in memory. I was tired of lugging my bag while we were

sightseeing in Pisa. He stepped forward to help me carry it, and I think that set an example for my son because both of them happily carried it for me for some time.

I can go on about our very intelligent and informative conversations and interactions with him, but I have been asked to keep it short.

Adding some photos from one of our holidays together. Tanavi, Aayush (my children), Priyanka (Siddharth's sister) and Siddharth feature in most of them. Beautiful memories.

Hoping for the best for Siddharth. He is very dear to us.

Best Regards

**Monica Bhasin**
**www.merryfeet.club**
**+91 9811024042**
**+91 9821642578**

Om Sai Shri Sai Jai Jai Sai
**Shirdi Sai Baba Temple Society**
(Feed & Educate Needy Children Program)
(Charitable Trust Regd. at Faridabad vide deed No. 319 Dt. 7.4.1988)
Offerings qualify 50% Tax exemption u/s 80G of the Income Tax Act.

ॐ साईं श्री साईं जय जय साईं
ISO 9001:2015
**शिरडी साईं बाबा टैम्पल सोसायटी**
(गरीब बच्चों को निःशुल्क शिक्षा व भोजन प्रदान करने का अभियान)
(धर्मार्थ न्यास पंजीकृत फरीदाबाद संख्या 319 दिनांक 7.4.1988)
भेंट आयकर धारा 80G के अंतर्गत 50% कर मुक्त है।

SaiDham Marg (Tigaon Road), Sector 86, Faridabad 121014 (India) M: 9810397034 Email : motilal@saidham.in

To,

14 June 2026

The Honourable Zachary M. Bluestone
U.S. District Judge

Respected Honourable Judge,

My name is Motilal Gupta and I am Siddharth Jawahar's Grand Uncle. I am a nonagenarian now and have dedicated my life in the service of Shirdi Sai Baba, the holy saint, in India. I have seen Siddharth grow up as a child into a young man in front of me. From the early stages, as he began attending regular school, he always had a deep concern for all of God's less fortunate children and would often accompany his Mother to distribute alms to the needy.

Our family has been actively involved in charitable community services, including the setup of Shirdi Sai Baba School that provides free education to underprivileged students and the sponsorship of Mass Marriage ceremonies for underprivileged boys and girls. The young couples are provided with essential household items to help them begin their married life with dignity. The Mass Marriages are held at the Sai Baba Temple and are supported through contributions from various devotees. Even when Siddharth could not attend in person, he would ensure that sponsorship contributions were made on his behalf through his parents, reflecting his continued commitment to these philanthropic efforts.

He always had a strong civic sense and lived by the rules of society. He excelled in academics and sports throughout school and always found time to help the aged in accomplishing their physical tasks.

May God bless him always and keep him under His protection.

Yours Sincerely,

Shri Motilal Gupta

Founder and Chairman of Shirdi Sai Baba School

Motilal@saidham.in


Mass Marriages Project, held at the Shridi Sai Baba Temple, Faridabad.
SHIRDI SAI BABA SCHOOL
ROTARY CLUB OF DELHI SOUTH EAST
MASS MARRIAGES PROJECT HELD AT
SHIRDISAI BABA TEMPLE, SAI DHAM,
FARIDABAD, ON SUNDAY 4TH APRIL '10
Chief Guest : DGN 2011-12 Asit Mittal

Nisha Goel

Date: - 19-06-2026

Hon'ble Judge

Zachary M. Bluestone,

I am writing to offer my character reference for Sidharth Jawahar.

I have been a close friend of Sidharth's parents, Sanjeev and Vinita Jawahar, for the past 20 years. I first met them through our Rotary Club platform, and over the years, I have had the opportunity to watch Sidharth grow up.

Sidharth has always come across as a responsible, respectful, and kind young man. His parents are very well respected in the community and have always been actively involved in helping others. Through our club, they have consistently been at the forefront of organizing charitable events and supporting social organizations that assist the elderly and disabled.

They also made sure that their children were involved in these activities from a young age. As a result, I have personally seen Sidharth demonstrate strong moral values, compassion, and a willingness to help others.

One example that stands out to me is the care and patience he showed toward his grandmother. He would assist her while walking and always looked after her with kindness and respect. In my view, this says a great deal about his character and the type of person he is.

Based on my personal experience, I believe Sidharth is a good human being with strong values.

Sincerely,

Nisha Goel

D-16, Pushpanjali Farms, Bijwasan, New Delhi-110061
Tel Off: +91-124-4002051, Res.: +91-1128061276

fcml | Interior Lifestyle Product Company
BESPOKE TILES AND SURFACES

To, 14 June 2026

The Honourable Zachary M. Bluestone
U.S. District Judge

My name is Poonam Gupta and I am Siddharth Jawahar's aunt. I am the Co-Founding Partner of FCML Surfaces Pvt Ltd, a premier Indian luxury lifestyle and interior solutions brand. I am also deeply involved in the community that I live as the Honorary Secretary at Sai Dham, a trust dedicated to the service of underprivileged communities through education and other means, and the Head of the India Chapter at the Motwani Jadeja Foundation, a US registered non-profit that empowers young entrepreneurs in India.

I have known Sid as a little nephew since the time he sat on the horse with my husband when he was entering our wedding ceremony on 27th April 1994. Traditionally, in a Hindu Indian wedding, the groom enters with his nephew and my husband, Sandeep wanted to enter Sid given their close bond from the start.

Sid has always occupied a very soft spot in my heart from then up until now. There are many reasons why I would recommend this young fellow to be put back into the world and to find his freedom as he is special not only to us - who are family - but to this world for his heart of gold.

He has always been a person who has kept philanthropy as a priority in his life in spite of being so young. He has drawn inspiration from his family's legacy and kept his family and closed ones in good stride. I know him as a sincere advocate of righteousness and I continue to trust him as my own child.

Best regards,

Poonam Gupta

Poonamguptamotwani@gmail.com
Poonamgupta@fcmlindia.com
https://www.linkedin.com/company/motwani-jadeja-foundation/
https://www.linkedin.com/in/poonam-gupta-224585110
https://www.linkedin.com/in/fcml-surfaces-1327b2246


10 YEARS AGO
timehop


10 YEARS AGO
timehop

# PRIYANKA JAWAHAR

101 Treetops Apartments, Banjara Hills
Hyderabad, Telangana — 500034

priyankajawahar85@gmail.com
+91 98104 95666
15th June, 2026

The Honorable Zachary M. Bluestone
U.S. District Judge
Eastern District of Missouri
Re: Character Letter in Support of Siddharth Jawahar
Dear Judge Bluestone,

My name is Priyanka Jawahar. I am born in New Delhi, India and reside in Hyderabad, Telangana since the last 6 years. I am currently serving as the COO at Estele Accessories Pvt Limited since the last 7 years. I overall run the operations of our fashion jewlery brand, Estele, in India through its online business and retail business in india and overseas. We operate 42+ stores in india and are available on our website and other market places such as Amazon, Myntra, Nykaa, Flipkart and quick commerce operations such as Blink It and Swiggy.

Siddharth Jawahar (SID) is my brother and we have grown up together since SID was born. I am 2 years older than him and share a beautiful sibling relationship with him. Sid and I share a bond that goes far deeper than the typical sibling relationship — it is one that has been the quiet, steady backbone of my life. From the time we were children, we were inseparable. Whether it was navigating the small dramas of childhood or supporting each other through the larger uncertainties of growing up, we have always found our way back to each other.
Ours is not a relationship that needs constant words to feel real. We speak regularly, checking in on each other the way only a brother and sister can — sometimes just to share something funny, sometimes to talk through something heavy. There is an ease and a comfort in our conversations that I have never quite found elsewhere.
We have been through life's significant moments together — the celebrations that felt sweeter because he was there, and the harder times that felt more bearable because I knew I had him in my corner. He has seen me at my best and at my worst, and his support has never wavered.
What makes our bond truly special is that it was never something we had to build consciously — it simply always existed, growing stronger with every passing year. Sid is not just my brother; he is one of my most trusted confidants, my loudest cheerleader, and one of the first people I turn to when life gets complicated.
He always showed his love for this sister with small gestures. When he was 11 years old, he sold his cricket bat to buy a precious birthday gift for me which was an extremely endearing and loving gesture.

At just 24 years old, Sid did what most people spend a lifetime working toward — he launched his first hedge fund. At an age when most of his peers were still finding their footing, Sid was already building something meaningful, driven by an intellect and a work ethic that set him apart from the very beginning. He was always an outlier in every room he walked into — never quite fitting the mold, always standing a step ahead of his time.

His academic and professional journey reflected this consistently; he did not just meet the bar, he quietly and confidently raised it.

But what truly distinguishes Sid is not just his professional success — it is the character with which he has carried it. Success came to him early, and yet it never changed him. He remained grounded, self-aware, and deeply mindful of the kind of person he wanted to be. There was never any arrogance, never any complacency — only a quiet resilience and an unwavering sense of self that earned him the respect of everyone around him. Equally defining is Sid's profound commitment to giving back. His philanthropic work is not an afterthought or a footnote to his success — it is central to who he is. He genuinely believes that success carries with it a responsibility to society, and he has acted on that belief with the same passion and dedication that he brings to everything else in his life. Whether through formal charitable endeavors or through the everyday ways in which he shows up for people, Sid has made generosity a cornerstone of his identity.

One of the most telling windows into Sid's character came during one of the most painful moments our family has faced — the passing of our beloved grandmother. Sid was unable to make it back to India to be present for her funeral, and the weight of that absence was something he carried deeply and visibly. In the weeks that followed, Sid quietly made the decision to donate a significant portion of his personal savings to a cancer foundation — a tribute to our grandmother and to the many others who have suffered the way she did. There were no announcements, no desire for recognition. It was simply Sid, in his grief, choosing to transform personal loss into collective hope. That gesture said everything about who he is.

The best attribute about Sid is that Sid remembers everyone. He remembers a colleague's mother's health condition, he remembers a friend's child's school milestone, and even the quiet struggles that people mention only once. And he does not just remember — he follows up, he checks in, he shows up.

The truth, as those closest to him understand it, is that Sid did not arrive at this moment through greed, or ill intent. He arrived here through a combination of circumstance, pressure, and the very loyalty and sense of responsibility that have always defined him. He deeply regrets his actions and has learnt the hardest way.

I ask that you consider the full measure of Sid's life and character as you make your determination. He is more than this chapter, and I am confident that with the opportunity to move forward, he will prove that through his actions. I am available at +919810495666 should you wish to speak with me directly.

Respectfully,

Priyanka Jawahar ( sister)
Chief Operating Officer at Estele Accessories Pvt Limited

The Honorable Zachary M. Bluestone, U.S. District Judge:

By way of introduction, my name is Rohan Bilimoria. I am the founder of a global community of lawyers called Law Ninjas. I am a qualified lawyer in New South Wales, Australia, as well as England and Wales.
I have worked with the law firms Linklaters and Mayer Brown in London, Singapore, Moscow, and Tokyo and with the multinational companies PepsiCo, Yum! Brands, Deutsche Bank and Westpac in New Delhi, Singapore, and Sydney. I am currently based in Sydney, Australia, and I was born in New Delhi, India.

I have known Siddharth Jawahar (or "Sid") since we were children. He is younger than me and I have grown up knowing him, his elder sister Priyanka, and his parents Vinita and Sunil. Sid and I went to the same school, St. Columba's School, in New Delhi, and he has been like a younger brother to me. As a child, I remember that he was always warm and loving, and highly intelligent and hardworking.

Sid moved to the United States after school to study at the University of Texas in Austin, and we kept in touch over the years. My family and I visited the United States twice a few years ago, and Sid made the effort to fly to New York and San Francisco to visit us and spend time with us. He took care of all the arrangements, the hotels, the airport transfers, and everything else. He's always been a fantastic friend and has gone above and beyond the call of duty to make sure that my family and I are taken care of and safe whenever we travel to the United States.

Sid and I have been in regular contact since he has been incarcerated, and I firmly believe that he deserves a second chance at life. I wish him all the best with these legal proceedings, and I would be more than happy to assist with any questions that Your Honour may have.

Rohan Bilimoria

Best regards,
Rohan Bilimoria
Founder, Law Ninjas
Mobile Number: +61 460 340 856
E-mail address: rohan@lawninjas.co

**SHIV SAI INFRASTRUCTURE PVT LTD**
GF-11, Ground Floor, Ozone Centre
Sector-12, Faridabad, Haryana-121007,
Tel.: +91 129 4301177, +91 129 4360694
www.shivsai.com , E-mail:- sales@shivsai.com
**CIN No.- U74899DL2005PTC143453**

To

14 June 2026

The Honourable Zachary M. Bluestone
U.S. District Judge

My name is Sandeep Gupta and I am Siddharth's uncle. I am the Managing Director and Co-Founder of Shiv Sai Infrastructure, Arttech and Sarvodaya Enterprises. I have been working in the real estate and marble trade in India since 1989 and have founded several businesses and employed over 1000 people. I am also the Vice Chairman at Sai Dham Trust, a non-profit dedicated to the service of humanity including underprivileged communities.

At every important moment of my life, I have shared significant and memorable moments with Siddharth and he holds a special place in my heart. I still fondly remember how at the tender age of 10 years old he beat me at a game of chess, he had always been a smart student when in school. We shared a special bond and as a tradition in Indian weddings being the youngest member of our family he was the best man at my wedding in 1994.

Into his young adult and adult life, Siddharth continued to excel for the best and attained a full scholarship to pursue his higher education in the USA. He never relied on his family to build his life and career in a foreign country and worked hard to develop his skills and experience. Even though Sid could not travel home very often, whenever I or any other of his family members visited the USA, he made a point to find time to meet us and spend quality with us. Whenever I have travelled to the USA, some of my most cherished memories have been spending quality time with Siddharth.

His passion for excelling in ventures made him one of the rising stars & he had a dream to the very best both in enterprise & charity for his adopted Country. Always believed in what USA gave him & made him.

I truly want to emphasise that I am proud of the man he has become.

Best regards,

Sandeep Gupta

Sandeepsonugupta@gmail.com

Sandeep@shivsai.com


10 YEARS AGO
timehop





s in the world, with a membership exceeding 1.2 million globall

·ly 1990s, our family—myself, Sanjeev Jawahar; my wife, Vini
ı, a daughter Priyanka and our son Siddharth—has been ac
ary service initiatives. These include programs such as Er
nvironmental imbalance through large-scale tree plantation proj
practices such as reducing paper wastage, avoiding single-use
gienic methods for treating biodegradable waste.

s end, both Priyanka and Siddharth helped initiate and enco
peers at their respective schools. A more detailed note outlinin
and accessible manner, along with an overview of Rot
c efforts, is appended below for Your Honour's kind perusal.

h to share, with humility and honesty, that during crucial years
vas facing significant challenges in our business. As a result, we
o provide him with the level of financial support we would
e believe this may have added an unspoken burden on him. Sid
nself and manage responsibilities independently, navigating p
vier than we fully realised at the time. This is not shared as a
e that helps explain the circumstances and emotional weight u
and on his own feet.

nost regards and respect,

ahar
Father)

on, preservation of the Environment, etc. In India we have over 175,000 m
ry Districts.

e been actively involved in eliminating Polio from across the World over f
urther, we are focused on preventing Cervical Cancer in Women, creating
on of Breast Cancer awareness and treatment of all kinds of Oral Cancer o
umption of tobacco products.

e also been getting all males and females tested for Thalassemia to enabl
l measures in Rotary District 3011, New Delhi, India

Environment front too we have been most actively addressing the ecology
has planted over 350,000 fruit trees across the region, set up over 10,000
ater catchment and storage. This has helped change the ecology of the ar

also involved in providing literacy for the uneducated sections of the soci
across the region to help train the youth who have passed Grade 12th exa
ves. Thereafter, we help place them attain suitable jobs.

een a member of Rotary District 3011 for the past thirty years and have se
es. Last year(RY 2024-25), I served as the District Secretary and was felicit
t Rotarian of the District". My son Siddharth, as a student of the St.Colum
o had been actively helping administer the Polio drops to infants in the r
se them against the advent of Polio during his school years.

**Rotary Foundation**

ected a new record USD 2.90 Million – 45% increase over the previous yea

resulting in severe Oral Cancers.

BERCULOSIS: Adopted over 35000 TB patients spread across Delhi NCR ar
y. Conducted a Seminar at the TB Hospital, Mehrauli.

D POLIO NOW: Huge District Rally at Police Ground, Dwarka, New Delhi w
dents attended. The Chief Guest was the then Rotary International Directo

INOPATHY OF PREMATURITY (ROP): Two Seminars on Retinopathy of Pr
ducted. One at India Habitat Center where the world renowned. Ophthalr
n Chicago attended as the Chief Guest. Another one was conducted at the
itorium, Greater Kailash 1 New Delhi.

LASSEMIA AWARENESS & BLOOD DONATION DRIVE: Over 52000 units o
ur three Blood Collection Centres at Delhi, Gurgaon and Faridabad. Over 1
ors in the age bracket of (18-30yrs) were screened for Thalassemia minor

IRONMENT:

Cloth Bag to Replace Polythene Bags. Circulated one million cloth bags.

Collected waste plastic over 20 tons and sent it to processing units.

Water saving seminar conducted at the PHD Chember of Commerce, New
ambitions District Project of over 200 million liters of fresh water souring
launched, under the Water Conservation Drive.

Planted over three hundred thousand tree saplings across Delhi NCR.

Held seminars on Bio Diversity, Ecology and Environment Several MOUs'
various Govt. authorities.

V GENERATION: A record 70 new interact Clubs were formed in schools a
ng the RY 2024-25. Further, 20 new Rotaract Clubs were formed in Colleg
munity based.

LING CENTRES: Our District has several thriving Skilling Centres for the yo

A new Digital Skilling Facility (Drone Technology) was set up at AKG Engin

the same premises.

Sincerely,

**Dr. Mahesh P Trikha**

**District Governor**

**2024-25**

RI DISTRICT - 3011.

**To,**

**The Honorable Zachary M. Bluestone**

**U.S. District Judge**

**Sub: Character Reference Letter for Sid Jawahar**

**Respected Sir,**

I, Seema Rastogi, maternal aunt of Sid Jawahar, have been taking academic classes at home for 27 years and am presently residing in Meerut, as a member of social organizations. My husband and father-in-law were both E.N.T. specialists, i.e., a reputed family of Meerut.

Siddharth was a bright child, who did very well in every sphere and was a quick learner too. Every year, he used to come with his mother to Meerut to spend his summer vacation. He was very considerate and helpful, and all the cousins enjoyed his company a lot. We, as family members, vouch for the good values he imbibed.

I have known him since his birth. Meerut being a satellite city of Delhi, we met within a span of two to three months. He had a good upbringing. I have known him since his birth. Sid has a compassionate heart. I can recall many memories of his childhood with his maternal grandmother. She used to tell them stories while feeding them.

While I understand the seriousness of the matter, I respectfully ask the court to consider his overall character and the positive qualities he has demonstrated throughout his life. Our family remains committed to supporting and guiding him through this difficult period. I respectfully request the court to take these factors into consideration.

Thank you for your time and attention to this letter.

**With Regards**

Seema Rastogi

SEEMA RASTOGI

seemarastogi98@gmail.com

Harinder Jit Singh & Komal Singh
A-64, Sector31, Noida-201303, Delhi NCR, INDIA

To,

The Honourable Zachary M. Bluestone, U.S. District Judge,

We, Komal Singh and Harinder Jit Singh are residents of New Delhi, India, and have owned and operated a successful business supplying machine components to major organizations, including JCB, Indian Railways, Ace, Delhi Metro amongst others for more than forty years. Through both our personal and professional lives, we have learned the value of integrity, accountability, and service to others. My wife Komal Singh was a homemaker for the better part, raising our two children but has also joined the business few years back. Throughout our lives, we have had the opportunity to work with and interact with people from many different backgrounds. Currently our firm employees 25 people across two offices and we have a large social circle of friends and family.

We write to you today to show our support to Mr. Siddharth Jawahar (Sid) who we have known for 38 years. He was born in front of us. His parents and us go back a long way with our parents also being college friends. We have been friends across generations and we consider them like family not just friends. We are a group of three couples whose children have grown up together since birth, Siddharth being one of them.

In our memories of his childhood all we remember is a very loving and affectionate boy. Always having a sharper mind than all the others. Once he shifted to USA for studies and to build a career we met him less but each meeting was as warm and friendly as ever.

During our visit to the states in 2014, he went out of his way to accommodate us and look after us more than we expected. His hospitality aside, he ensured that his work commitments did not suffer while we were together in New York. We remember him rushing off for meetings and stressing if he was even 5 minutes late. He was always astute, hardworking, and focused, even from a very young age.

His attachment and his respect towards his grandparents, parents and sister is deep and loving. And we have experienced the sadness of the family and Siddharth when he missed important family occasions.

We are aware of the serious nature of the legal proceedings before the Court and do not seek to diminish the gravity of the circumstances. We fully respect the legal process and understand that accountability is important.

As his well-wishers we would kindly request the honourable court to please take into consideration and understand the person we have known for so many years and have only seen a large generous heart, exceptional intelligence and deep devotion to his family, close friends and society at large.

This situation has deeply affected us and we would only wish that he comes out safe and stronger.

We submit this letter with the hope that this letter and all other letters support do help in the final decision of the honourable Court.

Respectfully

Name: Harinder Jit Singh

Name: Komal Singh

June 15th 2026

Solana Dever
Austin, TX
solanadever@gmail.com
512-757-0123

The Honorable Zachary M. Bluestone
United States District Judge
Eastern District of Missouri

June 9, 2026

Re: Character Reference for Siddharth ("Sid") Jawahar

Dear Judge Bluestone,

My name is Solana Dever, and I am writing on behalf of Siddharth ("Sid") Jawahar. I grew up in South Texas and currently live in Austin. I was raised by hardworking parents who instilled in my sister and me the values of integrity, accountability, education, and service to others. Prior to graduating from the University of Texas at Austin, I started a business in the wireless and telecommunications industry while still in my early twenties. What began as a small side venture eventually grew into a company that I spent nearly a decade building before it was acquired. Today, I work in the technology sector and continue to stay active in my community, volunteer efforts, and professional mentorship opportunities.

It was shortly after graduating from college that I met Sid through mutual friends, and for the past fifteen years he has remained one of my closest friends. While many friendships come and go over time, my relationship with Sid has remained constant. He has been a trusted friend, mentor, confidant, and source of guidance through many seasons of my life. What struck me from the moment I met him was his unique ability to make people feel seen, valued, and important. I often tell people that when you meet Sid, it feels as though you've known him for years, or at least wish you had. I think I speak for many people when I say that is one of his rare gifts. He has a way of making genuine connections with people almost immediately, regardless of their background or circumstance. Watching him do this over the years is makes you reflect on your own approach with how you treat people around you and attempt to adapt to be more like Sid in that way.

Of all the qualities that define Sid, his generosity toward others stands out the most. Throughout my entrepreneurial journey, I regularly sought his advice when navigating challenges, opportunities, and difficult decisions, some of them stupid one by me, looking back. I remember countless conversations where I would call Sid looking for guidance on a challenge in my business. More often than not, within a day or two he would be introducing me to someone he thought could help with whatever I threw at him. He never asked for anything in return and often had no stake whatsoever in the outcome. He simply got genuine fulfillment from helping other people succeed. No matter how busy he was with his own ventures things happing in his world, he always took the time to listen intently, and think constantly about how he could help. His motivation was never personal gain, it really was I think, a part of his identity.

What makes this especially remarkable is that Sid extends that same level of care to virtually everyone he encounters. I have witnessed him engage with people from all walks of life with the same respect, enthusiasm, and kindness. Whether it was an acquaintance, a server at a restaurant, or someone he had just met, Sid had a way of making people feel important and appreciated. Over the years, I have repeatedly seen people remember him long after a brief interaction because of the positive impression he left on them. In fact, people have remembered me, by proxy of him and been so elated to reminisce on the memory they have of him. I always love hearing people recall these experiences from their vantage point as it shows his ability to uplift them and really just his genuine lasting impression he always made on everyone he came into contact with.

Another aspect of Sid's character that has always impressed me is his commitment to service and giving back. Throughout our friendship, I often turned to him when looking for ways to become involved in charitable causes because he was consistently engaged in efforts to help others. What stands out to me today is that even while facing his own difficult circumstances, he continues to focus on serving those around him. Learning that he has been teaching GED classes and mentoring fellow detainees does not surprise me at all. In many ways, it is entirely consistent with the person I have known for fifteen years. Even during one of the most challenging periods of his life, his instinct remains to help others improve theirs.

I am aware of the circumstances that have brought Sid before the Court. While I do not excuse the mistakes that were made, they are profoundly inconsistent with the man I have known for over a decade. The Sid I know is compassionate, generous, vivacious, always looking for ways to help others  and deeply invested in the success and well-being of other people. I have seen the positive influence he has had on friends, colleagues, and strangers alike, and I firmly believe that his life should be viewed through the entirety of his life, character and contributions to others, rather than solely through the lens of these mistakes.

Thank you for taking the time to consider my perspective and experience with Sid. I respectfully ask that you take into account the positive impact he has had on so many people, including myself, when determining an appropriate sentence.

Sincerely,

Solana R Dever

Solana Dever

---

Solana Dever
Austin, TX
solanadever@gmail.com
512-757-0123

Suren Goel

D-16, Pushpanjali Farms, Bijwasan, New Delhi -110061 ( INDIA ) Tel Off : 91-124-400251 - Res.: 91-1128061276

Date: - 19-06-2026

Hon'ble Judge

Zachary M. Bluestone,

I live in New Delhi, India. I have an established business since 1980. We manufacture Apparels for exports and we have a good standing and credibility.

We have a long association with the family of Siddharth Jawahar.

His father has been my friend since 1994 and our families are very close and we have a big common circle of friends. Siddharth's family is a family of repute and a good background. His father Sanjeev Jawahar is particularly a very prominent and a socially popular person. He has also been a very active member of the Rotary International Club and has served as a president and held many important positions. He has highly notable contributions, by way of his time and money, in many social projects and causes and still continues to serve the community selflessly. His mother, a god fearing and respected lady has also been with his father in every step. She is writer and a poet.

I have seen Siddharth from childhood and his upbringing was inculcated with moral values, virtues and integrity. He is a caring and loving person and close to his family.

We hope the best for him and may God bless.

Respectfully,

Suren Goel

**To,**

**The Honorable Zachary M. Bluestone, U.S. District Judge**

I, Tushar Nagalia, am a Partner in a LLP firm that own's and operates a restaurant business in the city of Dehradun, Uttarakhand, India. I have been running this business for 2.5 years. I am also a partner in another partnership firm that own's and maintains a commercial building in the same city.
I was born and raised in Dehradun city and after my school education I went to Delhi for my higher education of under graduate and post graduate degrees. Post which I worked in Hospitality with a hotel chain. After these jobs I moved back to Dehradun city and have now been residing here for about 8 years.

Sid Jawahar is my cousin brother from my mother's side and I got to spend good times with him while I was doing my undergraduate program in Delhi University between 1998 – 2001. His father and my mother are 2nd cousins and have been very close to each other since their childhood.
We would meet up quite often for social or family events with his parents. It was always good to meet him. Sid, had always been a very composed, intellectual and well-mannered boy who was very close to and very much admired by his family and friends. He was compassionate towards his peers and a very hardworking boy at whatever he took up.
He had made good progress in his education and managed an excellent start from himself.

Even though I haven't been able to meet Sid in the recent years, I do remember and believe him being is a great kid and a dear brother to me.

Tushar Nagalia
S/o. Deepak Nagalia
Dehradun, Uttarakhand,
India.
Email - tusharnagalia@gmail.com
Dated – 24.06.26

**From:** **Vasundhara Nangia** nangia.vasundhara@gmail.com
**Subject:** Siddharth Jawahar
**Date:** August 8, 2026 at 9:55 PM
**To:** Jacqueline Barbian jackie@dougpassonlaw.com, doug@dougpassonlaw.com

VN

The Honorable Zachary M. Bluestone
United States District Court
Eastern District of Missouri

Re: Sentencing of Siddharth ("Sid") Jawahar

Dear Judge Bluestone,

My name is Dr Vasundhara Nangia Nagar, a cousin of Siddharth Jawahar, and I respectfully submit this letter in support of Siddharth Jawahar.

I have known Siddharth and his family for over forty years, but more since 2001, when I moved to New Delhi to attend college, where I was studying Psychology. Being away from my own family I came to regard the Jawahars as my surrogate family. They remained among the people I've held in the highest regard.

When I first met Siddharth, he was just a child. On the many occasions when I would visit their family home, I often spent time with Sid and his grandmother. The three of us would sit together for hours talking, laughing, and sharing ideas. My strongest memories of Sid from those years are of a child who adored his grandmother and treasured his family. There was a gentleness, warmth, and sensitivity about him that left a lasting memory.

The Jawahar family were the kind of people who opened both their home and their hearts to others - kind, caring, deeply spiritual, and always willing to help. That environment of love, compassion, respect, and family responsibility is the environment in which Siddharth was raised.

I understand that the Court must consider the facts and circumstances of this case, and I am not in a position to comment on the conduct that has brought Siddharth before the Court. Nor do I have personal knowledge of the matters underlying these proceedings. My perspective is limited to my personal experiences with Siddharth and the Jawahar family.

I respectfully ask the Court to consider not only the conduct at issue, but also the broader context of Siddharth's life, his upbringing, the values instilled in him by his family, and the strong support system that continues to stand beside him. While accountability is an important part of the judicial process, I hope the Court will also find room for compassion and mercy when determining an appropriate sentence.

Thank you for your time and consideration of my perspective.

Respectfully submitted,

Dr Vasundhara Nangia Nagar
957 Sector 15
Faridabad 121007
Haryana
India
+919412058811

VINITA JAWAHAR
Author
*Book: Life Unfolded*
Life Unfolded is a personal exploration of life one woven with joy and sorrow, of hope and resilience.

*Actively involved in various philanthropic activities- working with acid survivors victims, prevention of cervical cancer in females, among many others..*

June 6, 2026

Dear Judge Bluestone,

I am writing this letter with deep humility and respect for this Court. As Siddharth's mother, I wish to share a fuller picture of the family values, life experiences, and emotional influences that shaped the person he has become.

I come from a traditional professional family where discipline, integrity, and service to society were guiding principles of daily life. My father was an ENT specialist and a Surgeon and throughout my childhood I watched him dedicate himself tirelessly to his patients. He treated people from all walks of life and never turned anyone away. Watching his devotion to serving others instilled in me the belief that service to humanity is one of life's highest responsibilities. These are the same values I tried to pass on to my children.

When I got married, I entered a business family, which was a different environment from the one in which I had grown up. I embraced the change wholeheartedly and devoted myself to caring for my in-laws, particularly during times of illness. Sid grew up witnessing these acts of care and responsibility toward elders, and I believe this shaped his understanding of family and compassion.

I am the youngest in my own family, and when I lost my siblings, it was an extremely painful time for me. During those periods Sid would call me regularly, sometimes just to ask how I was feeling. His concern and emotional sensitivity meant more to me than words can express. From a very young age he understood the importance of standing beside family during moments of grief.

Our home was loving but disciplined. We believed in modest living and raising our children with strong values rather than material comforts. There were many things Sid had to do without growing up. When many of his friends had video games and other luxuries, we were not always able to provide the same due to financial limitations. Instead of discouraging him, these experiences created a determination to work hard and create opportunities for himself.

Sid studied in a convent school where values of service and helping the less fortunate were strongly emphasized. Even as a young boy, he embraced those ideals. He often spent time teaching children who struggled academically, including classmates and the children of staff members.

What always stood out about Sid was his empathy. While some children might laugh at others' struggles, Sid would quietly try to support them. I vividly remember an incident when he was barely nine or ten years old. He sold his favorite guitar so that he could help a needy child buy schoolbooks. For a child to give up something he loved simply to help another left a lasting impression on me as a mother.

Throughout his school years he continued helping friends with their studies. I remember him assisting many of them with homework and even helping them write essays for entrance interviews and applications. Helping others seemed to come naturally to him.

Our family also faced periods of financial hardship. Sid was aware of these struggles from a young age, and it strengthened his determination to work hard and pursue his dreams through education.

When he received the opportunity to study in the United States on a partial scholarship, it was both a proud and emotional moment for our family. He was the first person in our family to go overseas for higher education. Sending him away was incredibly difficult for me as a mother.

During that time of separation, I began writing poetry to express the emotions I was experiencing—the pride of seeing my son pursue his dreams, mixed with the anxiety and distance a mother feels when her child moves so far away. Those poems reflected my journey through separation, hope, and resilience.

Years later, in 2025, after Sid was detained, I once again turned to writing to cope with the emotional pain and uncertainty our family was facing. I wrote a book of poems titled Life Unfolded, which reflects my journey through this difficult time as a mother. I dedicated the book to my daughter Priyanka and my son Siddharth, who remain the center of my life.

Sid was extremely close to his grandmother, who suffered from Cancer lymphoma. She faced her illness with remarkable courage and positivity. She adored him and lovingly called him "my Siddu." As a child he would spend hours listening to her stories and sitting beside her. Her strength and optimism left a deep impression on him.

When she passed away, Sid was unable to travel from the United States to attend her prayer ceremony. The inability to say goodbye or find closure affected him deeply. Around the same period, he also had to miss his beloved sister's wedding, to whom he is extremely close. Despite the distance, he remained emotionally involved and even helped our family financially with the wedding arrangements.

The emotional strain during that period was significant. Much later we learned from his friends that he had quietly sought therapy to cope with the pressures he was experiencing. He never told us because he did not want us to worry.

Even today, many of Sid's friends in both India and the United States speak very highly of him. They often recall how he helped them academically and supported them during difficult moments. Whenever he visited India, he would make it a point to bring gifts for our cook and driver who have been with our family for many years. They still remember him fondly and often ask about him.

Sid accepts that mistakes were made, and he carries genuine remorse. However, I know in my heart that he would never intentionally harm or cheat anyone.

Even during this difficult chapter of his life, he has tried to help those around him. Despite the challenging environment in detention, he has spent time teaching fellow inmates and guiding them

about education and career possibilities. During video calls I have met some of these individuals and hearing them speak about how Sid encouraged them to think about their future and rebuild their lives deeply moved me as a mother. Seeing that he continues to try to uplift others even in such circumstances reminds me of the compassionate child he has always been.

This experience has also taken a serious toll on my own health. As a mother, it is heartbreaking to see your child in such circumstances and to feel powerless to protect him.

I share these reflections with humility and respect for this Court. Sid accepts responsibility for his mistakes and carries deep remorse. But I also believe that the values of empathy, service, and compassion that have guided him since childhood remain at the core of who he is.

I respectfully and humbly ask the Court to look at my son not only through the lens of this difficult moment, but through the broader story of his life, his upbringing, and the many ways he has tried to help others. I sincerely hope he will be given the opportunity to rebuild his life and continue contributing positively to society.

Thank you for your time and thoughtful consideration.

With deepest respect,

Vinita Jawahar
(Mother of Siddharth Jawahar)
+91-9810112310
Vinitajawahar@gmail.com

# Y O U H A N N O R I A

8-2-325, Road 3, Banjara Hills, Hyderabad 500 032, Telangana, India +91 98851 99990 · youhan@gmail.com

11th June 2026

To The Honorable Zachary M. Bluestone

U.S. District Judge Eastern District of Missouri

**Re: Character Letter in Support of Siddharth ("Sid") Jawahar**

Dear Honorable Judge Bluestone,

My name is Youhan Noria I have lived in Hyderabad India for most of the 40 years of my life where I am currently the Chief Business Officer of Estele a major fashion jewellery brand in India for the past 7 years. I have always believed in supporting the upliftment of the under privileged by enabling employment and even in my previous role at PriceWaterhouseCoopers, our team worked with regulators and policy makers for inclusive finance. I am also a member of multiple networking clubs and various initiatives that promote employee well being.

I have known Sid for 10 years, as he is the brother of my wife and my brother-in-law. Though we stayed in separate countries and met a few times in person, but have been regularly in contact via video call during his time at the St. Geneive centre.

From the time I have spent with Sid and my regular interactions via video call he comes across a loving and sensitive person who always remembered important dates such as birthdays and anniversaries and made people feel special. When I visited him at his office in Austin I remember him treating all his fellow coworkers with respect and equality. One experience that really stood out was at his favourite bar in Austin, where the manager just left everyone and came and sat down with us as Sid had gone out of his way to help him out of a jam. His ability to have very diverse interests keeps surprising me, such as loving to read really complex books and suddenly switching to being a sommelier and not enjoying the cold but taking up Skiing. My understanding of Sid as a person is he loves making friends and wants to positively contribute to any group that he is a part of and the greatest example is him helping fellow members at the St. Geneveive centre study and pass the GED exam. I think he gets a sliver of happiness by enabling happiness in others and this is his most defining trait.

I am aware of his current circumstances and though I was shocked initially by speaking to him I have understood why he is in the predicament he is in currently. As per the many calls with him he is remorseful even accepting his mistakes to the authorities. He is willing to pay the price and restart his life a changed man.

# YOUHAN NORIA

8-2-325, Road 3, Banjara Hills, Hyderabad 500 032, Telangana, India +91 98851 99990 · youhan@gmail.com


I respectfully ask that you also consider his post incarceration life as an example of what I think he will become, a valued member of society and human being who will enable positivity to everyone. I thank you very much for spending time to read this letter.

Respectfully,

Youhan

Youhan Noria

+919885199990
youhan@gmail.com