*United States v. Siddharth Jawahar*

No. 4:23-CR-00718-ZMB

# Exhibit J

## Photos of Sid Jawahar Engaged in Community Service

# Exhibit J

## Photos of Sid Jawahar Engaged in Community Service








Photos of Mr. Jawahar participating in after school programs for inner city children, both in and outside the classroom






Photos of Mr. Jawahar during one of numerous volunteering and mentoring sessions attended by students and Foundation faculty



Photo of Mr. Jawahar with some of students that he mentored




Mr. Jawahar conducting an after school program for students with Executive Director, Shannon Rotenberg