# EXHIBIT 1

**Alred, Anne (USMS) <anne.alred@usdoj.gov>** 8/5/2026 3:32 PM

# RE: [EXTERNAL] jawahar - motion to marry

To Doug Passon <doug@dougpassonlaw.com> • Wiseman, Derek (USAMOE) <derek.wiseman@usdoj.gov>

---

Thanks for the follow-up!!

In order for an inmate marriage to take place in USMS custody, we would require:

1. Approval of the AUSA in order to assure the marriage would not impact the pending federal case.
2. Court Order

If the Court orders the in-custody marriage, we would then work with the facility to accommodate the union based on the facility's policies on prisoner marriages. Most jails can accommodate a marriage at the facility, but it will be non-contact through a window.

I've attached an example of Court Order from recent one so you can see what Order will look like. Let me know if you have any additional question!

Thanks,

Anne

---

**From:** Doug Passon <doug@dougpassonlaw.com>
**Sent:** Wednesday, August 5, 2026 12:33 PM
**To:** Wiseman, Derek (USAMOE) <Derek.Wiseman@usdoj.gov>; Alred, Anne (USMS) <Anne.Alred@usdoj.gov>
**Subject:** RE: [EXTERNAL] jawahar - motion to marry

any updates on this, i need to file asap.
thx.

> On 08/01/2026 10:17 AM MST Wiseman, Derek (USAMOE) <derek.wiseman@usdoj.gov> wrote:
>
> Thanks. I am including the USMS contact on this (Anne Alred) to get her thoughts.
>
> Anne – This is a first for me. Do you have any thoughts on this?
>
> ---
>
> **From:** Doug Passon <doug@dougpassonlaw.com>
> **Sent:** Saturday, August 1, 2026 12:14 PM
> **To:** Wiseman, Derek (USAMOE) <Derek.Wiseman@usdoj.gov>
> **Subject:** RE: [EXTERNAL] jawahar - motion to marry

On 08/01/2026 10:06 AM MST Wiseman, Derek (USAMOE) <derek.wiseman@usdoj.gov> wrote:

Doug – I'll admit that this is a first for me. I have some questions:

1. Can you please send me the proposed order?

yes. pls see attached proposed order

2. Did Jawahar purchase a wedding ring? If so, how much did it cost?

no. Caroline will purchase something simple just to exchange during ceremony, value expected to be minimal (like $25.00) just ceremonial.

2. The motion references fees and expenses—can you please let me know how much those are?

there's no real expenses that I know of, beyond perhaps a cost of officiant, which is maybe 75.00, caroline will also bear that expense.

Thanks,

Derek

---

**From:** Doug Passon <doug@dougpassonlaw.com>
**Sent:** Thursday, July 30, 2026 1:17 PM
**To:** Wiseman, Derek (USAMOE) <Derek.Wiseman@usdoj.gov>
**Subject:** [EXTERNAL] jawahar - motion to marry

Hi Derek - I'm getting ready to file this motion. I'd like to include a "no opposition" from the govt. Pls take a look and let me know.

thx.

---

**480.448.0086 | 10565 N. 114th St., Ste. 101, Scottsdale, AZ 85259 | WWW.DOUGPASSONLAW.COM**

***This email is covered by Attorney- Client privilege and the Work Product privilege. If you are not the intended recipient of this email do not read this email. This transmission is intended to be delivered to and read by the named addressee(s) only, and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), Under no circumstances shall this material be read, used, copied, reproduced, stored or

> retained by anyone other that the named addressee(s) except with the express and actual consent of the sender.

---

- 25cr488 ZMB Order.pdf (133 KB)

**Wiseman, Derek (USAMOE) <derek.wiseman@usdoj.gov>** 8/1/2026 10:17 AM

RE: [EXTERNAL] jawahar - motion to marry

To Doug Passon <doug@dougpassonlaw.com> • Alred, Anne (USMS) <anne.alred@usdoj.gov>

---

Thanks. I am including the USMS contact on this (Anne Alred) to get her thoughts.

Anne – This is a first for me. Do you have any thoughts on this?

---

**From:** Doug Passon <doug@dougpassonlaw.com>
**Sent:** Saturday, August 1, 2026 12:14 PM
**To:** Wiseman, Derek (USAMOE) <Derek.Wiseman@usdoj.gov>
**Subject:** RE: [EXTERNAL] jawahar - motion to marry

> On 08/01/2026 10:06 AM MST Wiseman, Derek (USAMOE) <derek.wiseman@usdoj.gov> wrote:
>
> Doug – I'll admit that this is a first for me. I have some questions:
>
> 1. Can you please send me the proposed order?

yes. pls see attached proposed order

> 2. Did Jawahar purchase a wedding ring? If so, how much did it cost?

no. Caroline will purchase something simple just to exchange during ceremony, value expected to be minimal (like $25.00) just ceremonial.

> 2. The motion references fees and expenses—can you please let me know how much those are?

there's no real expenses that I know of, beyond perhaps a cost of officiant, which is maybe 75.00, caroline will also bear that expense.

> Thanks,
>
> Derek
>
> ---
>
> **From:** Doug Passon <doug@dougpassonlaw.com>
> **Sent:** Thursday, July 30, 2026 1:17 PM

**To:** Wiseman, Derek (USAMOE) <Derek.Wiseman@usdoj.gov>
**Subject:** [EXTERNAL] jawahar - motion to marry

Hi Derek - I'm getting ready to file this motion. I'd like to include a "no opposition" from the govt. Pls take a look and let me know.

thx.

---

**480.448.0086 | 10565 N. 114th St., Ste. 101, Scottsdale, AZ 85259 | WWW.DOUGPASSONLAW.COM**

***This email is covered by Attorney- Client privilege and the Work Product privilege. If you are not the intended recipient of this email do not read this email. This transmission is intended to be delivered to and read by the named addressee(s) only, and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), Under no circumstances shall this material be read, used, copied, reproduced, stored or retained by anyone other that the named addressee(s) except with the express and actual consent of the sender.

- Jawahar-S-2026-0713-Defense_Motion to Marry Proposed Order.docx (18 KB)